IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PURCELL BRONSON, ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No. 10-21 |
| ) | Judge Alan N. Bloch/ |
| ) | Chief U.S. Magistrate Judge Amy Reynolds Hay |
| U.S. MARSHAL; U.S. MARSHAL'S ) | |
| SERVICE, ) | |
| Defendants ) | |

## ORDER

AND NOW, this 12th day of March, 2010, after the Plaintiff, Purcell Bronson, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until February 26, 2010, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's application for leave to proceed in forma pauperis [1] is denied;

IT IS FURTHER ORDERED that Plaintiff is given until **April 12, 2010**, in which to pay the filing fee and if he fails to do so, the Court will enter an order dismissing the action for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

s/Alan N. Bloch
ALAN N. BLOCH
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Purcell Bronson
AF-8163
SCI Mahanoy
301 Morea Road
Frackville, PA 17932